**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GLACIAL CAPITAL, LLC and TRSE
HOLDINGS LLC,

              Plaintiffs,

      v.

THE PROVINCE OF BUENOS AIRES,

              Defendant.

No. 24-cv-

**RULE 7.1 STATEMENT**

Pursuant to the Federal Rule of Civil Procedure 7.1, the undersigned counsel for Glacial Capital, LLC ("Glacial Capital") states as follows:

1.      Glacial Capital is a limited liability company organized and existing under the laws of the State of Delaware.  Glacial Capital is not a corporation.  Glacial Capital is therefore not a nongovernmental corporate party for purposes of Rule 7.1(a)(1), and Rule 7.1(a)(1) does not require any disclosures with respect to it.

2.      The basis for jurisdiction of this court is not based on diversity under 28 U.S.C. § 1332(a), therefore disclosure under Rule 7.1(a)(2) is not required.

Dated: May 28, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Dennis H. Hranitzky*

Dennis H. Hranitzky
dennishranitzky@quinnemanuel.com
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
Tel: (801) 515-7300

Debra D. O'Gorman
debraogorman@quinnemanuel.com
51 Madison Avenue
New York, NY 10010
Tel: (212) 849-7000

*Attorneys for Plaintiffs*