**quinn emanuel** trial lawyers | new york

2755 East Cottonwood Parkway, Suite 430, Salt Lake City, Utah 84121 | TEL (801) 515-7300 FAX (801) 515-7400

WRITER'S DIRECT DIAL NO.
**(801) 515-7333**

WRITER'S EMAIL ADDRESS
dennishranitzky@quinnemanuel.com

August 15, 2024

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12B
New York, NY 10007-1312

> Application GRANTED.  The Initial Pretrial Conference scheduled for August 19, 2024 is adjourned *sine die*.  Plaintiffs should refer to Rule 5.K. of the Court's Individual Rules and Practices in Civil Cases.  *See* R. 5.K.i ("Absent good cause, the Court ordinarily will not permit summary judgment practice in a non-jury case.").
>
> The Clerk of Court is directed to terminate ECF No. 19.
>
> SO ORDERED.
>
> *[signature]*
> Jennifer H. Rearden, U.S.D.J.
> Dated: August 16, 2024

Re:   *Glacial Capital, LLC et al. v. The Province of Buenos Aires*, 1:24-cv-04076 (JHR) — Joint Letter Motion To Adjourn

Dear Judge Rearden:

Pursuant to Your Honor's Individual Rules and Practices in Civil Cases Rule 2.E., Plaintiffs Glacial Capital, LLC and TRSE Holdings LLC (together, "Plaintiffs"), and Defendant the Province of Buenos Aires (the "Province" and collectively, the "Parties"), submit this joint letter request to adjourn sine die the initial pretrial conference scheduled for August 19, 2024 at 12:15 p.m. (the "Initial Pretrial Conference").  ECF 17.

As the Parties indicated in their joint letter, filed Monday August 12, regarding the status of the litigation, the "Parties do not believe an initial pretrial conference is necessary and respectfully request that the initial pretrial conference scheduled for August 19 be adjourned without date."  ECF 18 ¶ 5.  Plaintiffs intend to move for summary judgment in the near term and the Parties are conferring as to whether discovery is necessary in this action.  *Id.*  ¶¶ 6-7.  Accordingly, the Parties request that the Initial Pretrial Conference be adjourned without a substitute date.

There are no other appearances before the Court currently scheduled.  The Parties' proposed Civil Case Management Plan and Scheduling Order contemplates that the Parties' initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), will be due within seven days of Your Honor so-Ordering the Civil Case Management Plan and Scheduling Order.  ECF. 18-1 ¶ 7.

This is the first request for adjournment made in this action (not including the same request made in the previously filed joint letter).  There are currently no other appearances before the Court scheduled.

1

Thank you for your attention to this matter.

Respectfully submitted,

| */s/ Dennis H. Hranitzky* | */s/ Carmine D. Boccuzzi, Jr.* |
|---|---|
| Dennis H. Hranitzky | Carmine D. Boccuzzi, Jr. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CLEARY GOTTLIEB STEEN & HAMILTON, LLP |
| 2755 E. Cottonwood Pkwy, Ste. 430 | One Liberty Plaza |
| Salt Lake City, UT 84121 | New York, New York 10006 |
| Tel: 801-515-7300 | Tel: (212) 225-2000 |
| dennishranitzky@quinnemanuel.com | cboccuzzi@cgsh.com |
| Counsel for Plaintiffs | Counsel for Defendant |