UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLACIAL CAPITAL, LLC et al.,<br><br>        Plaintiffs,<br><br>    -v.-<br><br>THE PROVINCE OF BUENOS AIRES,<br><br>        Defendant. | 24 Civ. 4076 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court is in receipt of Plaintiffs' letters regarding their proposed judgment, *see* ECF Nos. 32, 34. By **October 22, 2024**, the parties shall file a joint letter stating (1) whether all parties consent to entry of the revised proposed judgment filed on October 9, 2024, *see* ECF No. 33; (2) whether any disputes apart from the now-agreed language of the proposed judgment remain; and (3) if not, why the Court should not deny as moot the pending motion for summary judgment, *see* ECF No. 21.

  SO ORDERED.

Dated: October 17, 2024
     New York, New York

                     */s/ Jennifer H. Rearden*
                     JENNIFER H. REARDEN
                     United States District Judge