UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLACIAL CAPITAL, LLC and TRSE HOLDINGS LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE PROVINCE OF BUENOS AIRES,<br><br>　　　　　　　Defendant. | No. 1:24-cv-04076-JHR<br><br>[PROPOSED] JUDGMENT<br>ORDER & JUDGMENT |

　　Plaintiffs Glacial Capital, LLC and TRSE Holdings LLC having moved this Court for Summary Judgment pursuant to Fed. R. Civ. P. 56, and the Court having considered all arguments, evidence, and materials submitted by the parties in connection therewith, and good cause appearing therefore:

　　NOW, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion for Summary Judgment is GRANTED in its entirety and that the Plaintiffs shall recover from the Province of Buenos Aires as follows:

1. With respect to the claim of Plaintiff Glacial Capital, LLC, Plaintiff shall recover from the Province of Buenos Aires a total of $~~$55,022,818.81~~[1] $55,037,270.85 in damages, comprised of $34,240,000 of outstanding principal plus $~~20,782,818~~[2] $20,797,270.85 in accrued and unpaid prejudgment interest.

---

[1] ~~Amount calculated as of and including October 22, 2024.~~ Total amount provided by Plaintiffs in ECF No. 38.
[2] ~~$20,782,818.81 as of and including October 22, 2024~~.

1

2. With respect to the claim of Plaintiff TRSE Holdings LLC, Plaintiff shall recover from the Province of Buenos Aires a total of ~~$69,742,171.78~~³ **$69,760,489.95** in damages, comprised of $43,399,666 of outstanding principal plus ~~$26,342,505.78~~⁴ **$26,360,823.95** in accrued and unpaid interest.

It is further **ORDERED** that, until further notice from this Court, Plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

IT IS SO ORDERED.

Dated: **October 23, 2024**
New York, New York

*Jennifer H. Rearden*
Jennifer H. Rearden
United States District Judge

---

³ ~~Amount calculated as of and including October 22, 2024.~~  **Total amount provided by Plaintiffs in ECF No. 38.**
⁴ ~~$26,342,505.78 as of and including October 22, 2024~~.