UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLACIAL CAPITAL, LLC and TRSE HOLDINGS LLC,

        Plaintiffs,

v.

THE PROVINCE OF BUENOS AIRES,

        Defendant.

No. 1:24-cv-04076-JHR

**ORDER OF SATISFACTION OF JUDGMENT**

WHEREAS, on October 23, 2024, the Court entered a judgment against the Province in favor of plaintiffs Glacial Capital, LLC and TRSE Holdings LLC in the amounts of $55,037,270.85 to Glacial Capital, LLC and $69,760,489.95 to TRSE Holdings LLC;

WHEREAS, plaintiffs and the Province have consummated a settlement (the "Settlement Agreement") and plaintiffs agreed, *inter alia*, to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment (the "Settlement Consideration");

WHEREAS, in accordance with the Settlement Agreement, plaintiffs received the Settlement Consideration;

WHEREAS, plaintiffs' Final Judgment has been fully satisfied by the Province's payment to plaintiffs;

NOW, THEREFORE, full satisfaction of the Final Judgment is hereby acknowledged, and the Clerk is hereby authorized and directed to make an entry of satisfaction on the docket.

Dated: New York, New York
September 16, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

_____
Kevin S. Reed
kevinreed@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000

Debra D. O'Gorman
debraogorman@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000

*Attorneys for Plaintiffs Glacial Capital, LLC and TRSE Holdings LLC*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Carmine D. Boccuzzi, Jr.
cboccuzzi@cgsh.com
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000

*Attorney for Defendant the Province of Buenos Aires*

IT IS SO ORDERED

Dated: _____
       New York, New York

_____
Jennifer H. Rearden
United States District Judge